UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                    Case No. 1:08-MJ-21

v.                                                Hon. Hugh W. Brenneman, Jr.

ANN MARIE LINSCOTT,

       Defendant.

_____/

**ORDER GRANTING MOTION TO STAY**
**ORDER OF COMMITMENT TO ANOTHER DISTRICT**

Before the court is an unopposed motion by defendant to stay the Order of Commitment to Another District entered by the court on January 30, 2008 pending Rule 20 negotiations. The motion (docket no. 12) is **GRANTED** and the Order of Commitment (docket no. 9) is **STAYED** until further order of the court. The parties are to directed to notify the court within two weeks as to the status of their negotiations.

       IT IS SO ORDERED.


Dated:  February 1, 2008                       /s/ Hugh W. Brenneman, Jr.
                                                        HUGH W. BRENNEMAN, JR.
                                                        United States Magistrate Judge